CITIZENS AND SOUTHERN NATIONAL BANK, executor, *et al. v.* MYERS, administrator.

HUTCHESON, J. This case being for decision by a full bench of six Justices, who are equally divided in opinion, Gilbert, Bell, and Hutcheson, JJ., being of the opinion that the trial court erred, and Russell, C. J., Beck, P. J., and Atkinson, J., being of the contrary opinion, the judgment is affirmed by operation of law.

No. 10180. NOVEMBER 15, 1934.

*Alston, Alston, Foster & Moise, Spalding, MacDougald & Sibley, Eugene Gunby,* and *Stephens Crockett,* for plaintiffs in error. *Branch & Howard,* contra.